# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3776

_____

|  |  |  |
|---|---|---|
| Ronald L. Satterlee, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Internal Revenue Service; United States | * | Western District of Missouri. |
| of America; Commissioner of Internal | * | |
| Revenue Service, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: September 25, 2007
Filed: October 25, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ronald L. Satterlee appeals the district court's[1] dismissal without prejudice of his action challenging the result of a collection due process hearing relating to tax deficiencies and a civil penalty assessed against him. Upon this court's de novo review, we conclude dismissal was proper for the reasons given by the district court. See Ferris, Baker Watts, Inc. v. Ernst & Young, L.L.P., 395 F.3d 851, 853 (8th Cir.

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

2005) (Fed. R. Civ. P. 12(b)(6) dismissal standard of review). We also conclude the district court did not abuse its discretion in denying Satterlee's motion to reconsider. See <u>MIF Realty, L.P. v. Rochester Associates</u>, 92 F.3d 752, 755 (8th Cir. 1996) (standard of review).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____